5

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 25r549-BJC |
|---|---|
| Plaintiff, | 25MJ0523 |
| v. | **INFORMATION** |
| RAMIRO QUERO CORNELIO, | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| Defendant. | |

The Acting United States Attorney charges:

On or about February 4, 2025, within the Southern District of California, defendant, RAMIRO QUERO CORNELIO, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 24, 2025 .

ANDREW R. HADEN
Acting United States Attorney

*Alex M. Biggs*
ALEX M. BIGGS
Special Assistant U.S. Attorney

AMB:lml:2/12/2025